**IN RE SMITH v. KINDER CARE LEARNING CENTERS**

[326 N.C. 362 (1990)]

IN THE MATTER OF: CONCHITA P. SMITH, PETITIONER-APPELLANT v. KINDER CARE LEARNING CENTERS, INC. AND EMPLOYMENT SECURITY COMMISSION OF NORTH CAROLINA, RESPONDENT-APPELLEES

No. 350A89

(Filed 1 March 1990)

ON appeal as of right pursuant to N.C.G.S. § 7A-30(a) of a decision of the Court of Appeals, 94 N.C. App. 663, 381 S.E.2d 193 (1989), affirming a decision by *Allen (J.B., Jr.), J.,* at the 11 July 1988 Civil Session of Superior Court, WAKE County. *Eagles, J.,* dissented. Heard in the Supreme Court 12 February 1990.

*East Central Community Legal Services, by William D. Rowe, for petitioner-appellant.*

*Maupin, Taylor, Ellis and Adams, P.A., by Margie T. Case, for respondent-appellee Kinder Care Learning Centers, Inc.*

*T. S. Whitaker, Chief Counsel, and Guy C. Evans, Jr., for respondent-appellee Employment Security Commission of North Carolina.*

PER CURIAM.

Reversed for the reasons stated in the dissenting opinion in the Court of Appeals.